IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VICTOR GABRIEL NUNEZ**, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:16-CV-1011-L** |
| | § | |
| **LORIE DAVIS, Director** | § | |
| **Texas Department of Criminal Justice**, | § | |
| **Correctional Institutions Division**, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the court is Petitioner's Application to Proceed In Forma Pauperis (Doc. 11), filed May 9, 2016. On May 10, 2016, Magistrate Judge David L. Horan entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the Application to Proceed In Forma Pauperis be denied. No objections to the Report were received as of the date of this order.

After reviewing the motion, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court **denies** Petitioner's Application to Proceed In Forma Pauperis (Doc. 11).

**It is so ordered** this 7th day of June, 2016.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page